IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20270 cons/w
No. 98-20750
Summary Calendar

_____


CHRISTOPHER JOSEPH SALAZAR, II,

                                    Petitioner-Appellant,

versus

GARY L. JOHNSON, Director,
Texas Department of Criminal Justice,
Institutional Division,

                                    Respondent-Appellee.

----------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CV-3902
----------------------
December 19,2000
Before DAVIS, JONES, and DeMOSS, CIRCUIT JUDGES.

PER CURIAM:[*]

        Christopher Joseph Salazar, II, Texas prisoner #412334,
appeals from the denial of his application for federal habeas
corpus relief.    Salazar argues that his counsel was
constitutionally ineffective for failing to inform him of his right
to appeal his guilty-plea conviction for aggravated robbery.

        We have reviewed the record, the briefs of the parties,
and the applicable law, and we find no reversible error.   Salazar

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

did not instruct his counsel to file an appeal, and he suggests no basis for finding that a rational defendant would have wished to file an appeal in this case. Accordingly, he cannot demonstrate prejudice from any alleged deficiency by counsel. See Roe v. Flores-Ortega, 120 S. Ct. 1029, 1039 (2000). The failure to establish prejudice defeats Salazar's ineffective-assistance-of-counsel claim. See Strickland v. Washington, 466 U.S. 668, 697 (1984).

The judgment of the district court is **AFFIRMED**.